| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jessica E. Chong (SBN 317869)<br>David Miller (pending pro hac vice admission)<br>SPENCER FANE LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Sallie Mae Bank | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>HAYLEIGH NICOLE ESTRADA<br><br><br>Debtor(s). | CASE NO.:    6:23-bk-10317-WJ<br>ADVERSARY NO.:    6:23-ap-01039-WJ<br>CHAPTER:    7 |
|---|---|
| HAYLEIGH NICOLE ESTRADA<br><br><br>Plaintiff(s).<br>vs.<br>SALLIE MAE, NAVIENT and U.S. DEPARTMENT OF EDUCATION<br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    09/07/2023<br>TIME:    10:45AM<br>COURTROOM:    304<br>ADDRESS:    VIA Court Call |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes    ☒ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes    ☒ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes    ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   See Report filed by Plaintiff, Docket No. 20. Not all Defendants have yet been served, and counsel for Plaintiff has had medical issues which prevented him from contacting undersigned counsel to prepare a Joint Rule 7016-1 Report. Defendant Sallie Mae Bank has been cooperative in this proceeding.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              March 4, 2024 (Defendant is using Plaintiff's
                                                              suggested dates throughout this report).

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              Conduct discovery, file dispositive motion if applicable.

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              January 30, 2024

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              Discovery from plaintiff and related financial documents
                                                              to evalute undue hardship assertion, potential
                                                              deposition of Plaintiff.

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              One day.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>                                              <u>Defendant</u>
                                                              One witness and any necessary rebuttal witnesses.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                                   **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>

<u>Defendant</u>
Presently unknown. Documents sufficient to evidence the loans, Plaintiff's responsibility for the loans, and rebutting Plaintiff's allegations.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>
Pretrial conference ☐ is ☐ is not  requested
Reasons:

<u>Defendant</u>
Pretrial conference ☒ is ☐ is not  requested
Reasons:

<u>Plaintiff</u>
Pretrial conference should be set <u>after</u>:
(*date*) _____

<u>Defendant</u>
Pretrial conference should be set <u>after</u>:
(*date*) 02/15/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
The Parties have not started discussing settlement but plan to have good faith discussions.

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>
☐ Yes   ☐ No

<u>Defendant</u>
☐ Yes   ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

AS a result of his medical condition, counsel for Plaintiff did not contact counsel for Defendant Sallie Mae Bank ("SMB") regarding conferring on a Joint Rule 7016-1 Report. SMB is willing and able to confer with Plaintiff and the other defendants now and in the future. SMB understands that not all defendants have been served. Thus, SMB files this unilateral report for itself and in light of Plaintiff's Unilateral Report.

Respectfully submitted,

Date: 09/07/0202                                                                    Date: _____

Spencer Fane LLP
Printed name of law firm                                                        Printed name of law firm

/s/ Jessica E. Chong
Signature                                                                                  Signature

Jessica E. Chong
Printed name                                                                            Printed name

Attorney for: Sallie Mae Bank                                               Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 4                                        **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/07/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hayleigh Nicole Estrada
represented by David B Lally
Law Office of David B. Lally PO Box 355 12997 Wilmington, NY 12977 Email: davidlallylaw@gmail.com

All other parties that have entered appearances.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/07/0202 | Kayla Dominguez | /s/ Kayla Dominguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 5  **F 7016-1.STATUS.REPORT**