**FILED & ENTERED**

**SEP 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-10317-WJ |
| HAYLEIGH NICOLE ESTRADA, | CHAPTER 7 |
| Debtor. | Adv. Case No.: 6:23-ap-01039-WJ |
| HAYLEIGH NICOLE ESTRADA, | **DISMISSAL ORDER** |
| Plaintiff, | |
| v. | |
| SALLIE MAE et al, | |
| Defendants. | |

1    On September 7, 2023 at 10:45 a.m., the Court held the initial status conference in this

2 adversary proceeding.  All appearances were noted on the record.

3    For the reasons stated on the record, the Court hereby ORDERS:

4    1.    This adversary proceeding is hereby dismissed without prejudice for the reasons

5 stated on the record.

6 IT IS SO ORDERED.

7                                                                ###

Date: September 7, 2023

Wayne Johnson
United States Bankruptcy Judge